NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**CALIFORNIA INSTITUTE OF TECHNOLOGY,**
*Appellee*

---

2019-1580, 2019-1581

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00210, IPR2017-00219.

---

## JUDGMENT

---

JAMES MURPHY DOWD, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for appellant. Also represented by MARK D. SELWYN, Palo Alto, CA; RUSSELL SPIVAK, New York City, NY; MARK CHRISTOPHER FLEMING, LAUREN B. FLETCHER, WILLIAM F. LEE, Boston, MA.

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellee. Also represented by MATTHEW A. ARGENTI, Palo Alto, CA; RICHARD TORCZON, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>March 5, 2020</u>        <u>/s/ Peter R. Marksteiner</u>
Date        Peter R. Marksteiner
        Clerk of Court